UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONQUIL THOMAS-WEISNER,<br><br>                              Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, *et al.*,<br><br>                              Defendants. | Case No.: 3:19-cv-01999-JAH-BGS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**(ECF No. 35).** |

For the reasons set forth below, this Court ADOPTS the Report and Recommendation ("Report") submitted by the magistrate judge pursuant to 28 U.S.C. § 636(b)(1), (ECF. No. 35), and Defendants' Motion to Dismiss ("Motion"), (ECF No. 28), is hereby **GRANTED** and this action is **DISMISSED without leave to amend**.

## BACKGROUND

On January 3, 2022, Plaintiff Jonquil Thomas-Weisner ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed a second amended civil rights Complaint ("SAC") pursuant to 42 U.S.C. § 1983, alleging his rights under the United States Constitution were violated at the Richard J. Donovan Correctional Center ("RJD") by Defendants Patrick Covello, the Warden of RJD, and Lance Eshelman, a community resource manager at RJD. Plaintiff alleges a violation of the First Amendment's Free Exercise Clause when he was removed from his Religious Meal Alternative ("RMA") diet.

On January 20, 2022, Defendants filed the instant motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of the SAC. (ECF No. 28). Plaintiff filed an opposition to the motion to dismiss on April 11, 2022, (ECF No. 33), and Defendants filed a reply in support of the motion to dismiss on April 20, 2022, (ECF No. 34).

On June 14, 2022, Magistrate Judge Bernard G. Skomal submitted the Report to this Court recommending that Defendants' motion to dismiss Plaintiff's SAC be granted and that this action be dismissed. (ECF. No. 35).

## DISCUSSION

The district court's role in reviewing a magistrate judge's report and recommendation is set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When a party objects to the magistrate judge's report and recommendation, the district court "shall make a de novo determination of those portions of the report . . . to which objection is made," and may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

When no objections are filed, the district court is not required to conduct a de novo review of the magistrate judge's report and recommendation. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) (stating that "*de novo* review of a [magistrate judge's report and recommendation] is only required when an objection is made"); *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that 28 U.S.C. § 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise"). This rule of law is well established within the Ninth Circuit and this district. *See Hasan v. Cates*, No. 11–cv–1416, 2011 WL 2470495 (S.D. Cal. June 22, 2011) (Whelan, T.) (adopting in its entirety, and without review, a report and recommendation because neither party filed objections to the report despite having the opportunity to do so); *accord Ziemann v. Cash*,

No. 11–cv–2496, 2012 WL 5954657 (S.D. Cal. Nov. 26, 2012) (Benitez, R.); *Rinaldi v. Poulos*, No. 08–cv–1637, 2010 WL 4117471 (S.D. Cal. Oct. 18, 2010) (Lorenz, J.).

Here, any objections to the Report were due by July 6, 2021. (ECF No. 35). To date, no objections have been presented before the Court. Thus, in the absence of any objections, the Court ADOPTS the Report and the motion to dismiss is **GRANTED without leave to amend**.[1] *See Doe v. United States*, 58 F.3d 494, 497 (9th Cir. 1995) ("[A] district court should grant leave to amend . . . unless it determines that the pleading could not possibly be cured by the allegation of other facts").

## CONCLUSION AND ORDER

For the reasons stated in the Report, which are incorporated herein by reference, Defendants' motion to dismiss the SAC, (ECF No. 28), is **GRANTED**, and the action is **DISMISSED** without leave to amend. The Clerk of Court shall enter judgment reflecting the foregoing.

**IT IS SO ORDERED.**

DATED: July 14, 2022

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was warned that he is being given a *final* opportunity to amend his complaint to state a complaint. (ECF No. 25 at 3, fn.3).