1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JONQUIL THOMAS-WEISNER, | Case No.: 3:19-cv-01999-JAH-BGS |
|---|---|
| Plaintiff, | **NOTICE OF REVIEW** |
| v. | |
| CONNIE GIPSON, *et al.*, | |
| Defendants. | |

On July 14, 2022, the Court issued an order adopting Magistrate Judge Bernard G. Skomal's report and recommendation and granting Defendants' motion to dismiss without leave to amend. (ECF No. 36). On August 18, 2022, Plaintiff Jonquil Thomas-Weisner ("Plaintiff") filed a motion for reconsideration of the Court's order, stating he did not receive the report and recommendation, as such, he was unable to lodge an objection. (ECF No. 38). Thereafter, Plaintiff filed a Notice of Appeal from the order adopting the report and recommendation and granting the motion to dismiss. (ECF No. 31). The Court denied Plaintiff's Motion for Reconsideration for lack of jurisdiction. (ECF No. 43).

The Ninth Circuit Court of Appeals has requested the Court determine whether Plaintiff's in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith pursuant to 28 U.S.C. 1915(a)(3). The good faith test is a liberal one and is satisfied if any issue appealed is not frivolous. *Gardner v. Pogue*, 558

F.2d 548, 551 (9th Cir. 1977).  An appeal "is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  In light of this liberal standard, the Court determines Plaintiff's in forma pauperis status should continue on appeal.

**IT IS SO ORDERED.**

DATED: October 20, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE